UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRINITY BODINE,

    Plaintiff,

v.

KILOLO KIJAKAZI, et al.,

    Defendants.

Case No. 23-cv-00644-AMO

**ORDER TO SHOW CAUSE**

On February 14, 2023, pro se plaintiff Trinity Bodine commenced this action pursuant to 42 U.S.C. 405(g), seeking judicial review of a final decision denying her claim for Social Security benefits. ECF 1. Plaintiff also filed a motion for leave to proceed in forma pauperis. ECF 2. On March 3, 2023, the Court denied the application because it was incomplete and instructed Plaintiff to "submit a full and complete IFP application." ECF 5. To date, Plaintiff has not filed a new IFP application.

Plaintiff has also failed to comply with the Social Security procedural order entered in this matter. That order instructed Plaintiff to "file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed." ECF 3. On April 14, 2023, the Commissioner filed an answer in the form of a certified copy of the administrative record. To date, Plaintiff has not filed a brief for the requested relief.

Accordingly, the Court orders Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff must file a written response to this order by no later than September 18, 2023. Failure to file a written response will result in dismissal of this action without prejudice.

To aid in her compliance with this Order, Plaintiff may wish to contact the Federal Pro

Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment to obtain legal assistance from a licensed attorney. More information about the program is available online at the Court's website <https://www.cand.uscourts.gov>.

**IT IS SO ORDERED.**

Dated:  August 16, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge