UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY BODINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00644-AMO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

　　　　On February 14, 2023, pro se plaintiff Trinity Bodine commenced this action pursuant to 42 U.S.C. 405(g), seeking judicial review of a final decision denying her claim for Social Security benefits. ECF 1. Plaintiff also filed a motion for leave to proceed in forma pauperis. ECF 2. On March 3, 2023, the Court denied the application because it was incomplete and instructed Plaintiff to "submit a full and complete IFP application." ECF 5. To date, Plaintiff has not filed a new IFP application.

　　　　Plaintiff has also failed to comply with the Social Security procedural order entered in this matter. That order instructed Plaintiff to "file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed." ECF 3. On April 14, 2023, the Commissioner filed an answer in the form of a certified copy of the administrative record. ECF 7. To date, Plaintiff has not filed a brief for the requested relief.

　　　　On August 16, 2023, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. ECF 10. Plaintiff's written response was due by no later than September 18, 2023. *Id.* at 1. The Court's order advised Plaintiff that failure to file a written response would result in dismissal of this action without prejudice. *Id.* To date, Plaintiff has not filed a response to the order to show cause.

　　　　Accordingly, the Court DISMISSES this action WITHOUT PREJUDICE for failure to

prosecute. The Clerk shall close the file in this matter and enter judgment in accordance with this order.

**IT IS SO ORDERED.**

Dated: October 11, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2